UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 09-23713-CIV-MORENO**

LEONEL JHONES,

      Plaintiff,

vs.

COMMERCIAL INDEX BUREAU, INC.,

      Defendant.

_____/

## ORDER DENYING MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Remand **(D.E. No. 3)**, filed on December 15, 2009.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. The record reflects that Defendant was first properly served on November 19, 2009. The Notice of Removal was thus timely filed. Accordingly, it is

**ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record